# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL LYNCH AND CAROLYN LYNCH,    :    No. 673 MAL 2019

            Petitioners

            :    Petition for Allowance of Appeal
            :    from the Order of the Superior Court

            v.

ARMSTRONG WORLD INDUSTRIES, INC.,
BRENNTAG NORTHEAST, INC., BARLEY
SNYDER, AND ALAN J. HAY, M.D.,

            Respondents

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.